UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

EAST SAMPLE CENTER LLC and WS FOOD'S CORP d/b/a CASA DO PASTEL,
    Defendant(s).

Case No: 24-cv-60571-RS

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendant, EAST SAMPLE CENTER LLC, by and through their respective undersigned counsel, hereby notify the Court that all of the Parties have reached a settlement in principle to resolve this entire case. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com

s/ Martha R. Mora
Martha R. Mora (Florida Bar No. 648205)
mmora@avilalaw.com
AVILA RODRIGUEZ HERNANDEZ MENA & GARRO LLP
   *Counsel for Defendant East Sample Center, LLC*
2525 Ponce de Leon Blvd., 12TH Floor
Coral Gables, Florida 33134
Telephone: (305) 779-3567