UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60571-CIV-SMITH

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

EAST SAMPLE CENTER LLC, *et al.*,

    Defendants.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the parties' Joint Notice of Settlement in Principle [DE 25], indicating that the case has settled. Accordingly, it is

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **July 10, 2024.** Failure to timely file the Stipulation of Dismissal may result in dismissal of this case without further notice.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of June, 2024.

*[signature]*

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record